UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

*Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | MELINDA TOBEY |
| **Case Number:** | 10-11368-LT7    **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 05, 2010 10:30 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | JENNIFER PURKEY |
| **Reporter / ECR:** | SUE ROSS |

*Matter:*

MOTION FOR RELIEF FROM STAY, RS # DRP-1 FILED ON BEHALF OF U.S. BANK, N.A.

*Appearances:*

BRIAN KRETSCH, ATTORNEY FOR TRUSTEE
THOMAS GORRILL,  ATTORNEY FOR U.S. BANK, N.A.

*Disposition:*

Continued to 4/14/10 at 10:00 a.m. for status conference